**Order entered April 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00370-CV

### CITY OF DALLAS, Appellant

### V.

### RONALD GILES, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07841**

## ORDER

We **GRANT** appellant's April 13, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **MAY 21, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE